1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| HUSQVARNA CONSTRUCTION PRODUCTS, NORTH AMERICA, INC., | Case No. 8:10-cv-01122-ABC (JCx) |
|---|---|
| Plaintiff, | **ORDER TO SHOW CAUSE AS TO WHY JUDGMENT DEBTOR SHOULD NOT BE FOUND IN CONTEMPT OF COURT AND AWARDING JUDGMENT CREDITOR COSTS AND FEES INCURRED IN CONJUCTION WITH DEBTOR EXAMINATION AT WHICH DEBTOR FAILED TO APPEAR** |
| v. | |
| HARD ROCK TOOL, INC. | |
| Defendant. | |
| | Judge:       Hon. Audrey B. Collins |
| | Mag. Judge:  Hon. Jacqueline Chooljian |

On September 21, 2010, this Court held a hearing on judgment creditor, Husqvarna Construction Products North America Inc.'s ("Husqvarna") judgment debtor examination of judgment debtor's Chief Financial Officer, Dan Devlin, at which judgment debtor did not appear. It appearing to the satisfaction of this Court that an Order to Show Cause is justified:

**ORDER TO SHOW CAUSE**

IT IS HEREBY ORDERED that judgment debtor's Chief Financial Officer ("CFO") Dan Devlin ("Debtor") shall appear before United States District Judge Audrey B. Collins in Courtroom 680 of the above-captioned court located at 255 East Temple Street, Los Angeles, CA 90012 on October 25, 2010, at 10:00 a.m., or as soon

thereafter as the matter may be heard, then and there show cause, if any, as to the following issues:

    1.    Why he should not be held in contempt of Court for failing to appear for debtor examinations pursuant to this Court's Orders commanding his appearance on August 24, 2010 and again on September 21, 2010;

    2.    Why he should not be required to pay all attorney's fees and costs submitted by Husqvarna in conjunction with debtor examinations at which he failed to appear and in taking the necessary steps to enforce the Court's Orders; and,

    3.    Why he should not be subject to such further penalties as the Court deems necessary as a result of his repeated violation of valid Orders.

IT IS FURTHER ORDERED that service on or before **October 8, 2010** on debtor shall be sufficient service and notice.

IT IS SO ORDERED.

Dated:    October 4, 2010    **BY THE COURT:**

    /s/
Jacqueline Chooljian
United States Magistrate Judge