UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HUSQVARNA CONSTRUCTION PRODUCTS NORTH AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> HARD ROCK TOOL, INC., <br><br> Defendant. | SA CV 10-1122 ABC (JCx) <br><br> ORDER TO SHOW CAUSE RE CONTEMPT |

On October 5, 2010, the Court issued an Order to Show Cause setting a hearing for October 25, 2010, on whether Judgment Debtor Dan Devlin should be held in contempt for failing to appear at two Judgment Debtor Examinations. Judgment Creditor Husqvarna Construction Products North America, Inc. ("Husqvarna") filed a Proof of Service showing that it served Mr. Devlin with the Order on October 6, 2010. Mr. Devlin failed either to reply to the Order or to appear

at the October 25 hearing. Out of an abundance of caution, the Court will set one more hearing on this matter.

Mr. Devlin is NOTIFIED:

Plaintiff/Judgment Creditor Husqvarna requests a hearing for an Order to Show Cause why an order of contempt should not issue against Mr. Devlin based on the following:

Magistrate Judge Chooljian scheduled a Judgment Debtor Examination of Mr. Devlin on August 24, 2010, and again on September 21, 2010. Mr. Devlin failed to appear at either hearing.

Thereafter, Magistrate Judge Chooljian issued a Certification of Facts for Contempt Proceedings for this Court to determine whether Mr. Devlin should be held in contempt for failing to appear at the Jugdment Debtor Examinations.

This Court scheduled a Contempt Hearing on October 25, 2010. Mr. Devlin failed to appear.

Mr. Devlin is **ORDERED TO APPEAR** before the Court on **Monday, November 15, 2010 at 10:00 a.m. in Department 680 of this Court located at 255 E. Temple St., Los Angeles, CA 90012,** to show cause why he should not be held in contempt for failing to appear at the August 24, 2010 or September 21, 2010 Judgment Debtor Examinations. **Mr. Devlin is advised that among the civil penalties to which he may be subject are fines and imprisonment and, should he fail to appear, a bench warrant will be issued for his arrest. Mr. Devlin is also urged to consider retaining counsel for the November 15, 2010 hearing.**

Judgment Creditor Husqvarna is ORDERED to serve Mr. Devlin with this Order and file a proof of service with the Court no later than **Wednesday, November 3, 2010**. If Husqvarna cannot serve Mr. Devlin, it

2

is ORDERED to file a declaration from the process server explaining the attempts at service no later than **Wednesday November 3, 2010**.

**IT IS SO ORDERED.**

**DATED:    10/25/2010**      _____
                              **AUDREY B. COLLINS**
                              **UNITED STATES CHIEF DISTRICT JUDGE**

3