# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SA CV 10-01122 ABC (JCx) | Date | March 29, 2011 |
|---|---|---|---|
| Title | Husqvarna Construction Prods., North America, Inc. v. Hard Rock Tool, Inc. | | |

| Present: The Honorable | Audrey B. Collins, Chief Judge |
|---|---|

| Angela Bridges | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   ORDER TO SHOW CAUSE RE: FURTHER CONTEMPT  (In Chambers)

    On January 18, 2011, the Court held a contempt hearing regarding Dan Devlin's failure to appear for a judgment debtor exam before the magistrate judge.  The Court found Mr. Devlin in contempt of court, and ordered him to pay $7,762.45 in sanctions to Plaintiff to compensate for attorney's fees Plaintiff incurred due to Mr. Devlin's absence from the judgment debtor exam and from contempt proceedings.  The Court released Mr. Devlin from custody based upon his agreement to pay the sanction by February 11, 2011.  Thereafter, on February 11, Mr. Devlin filed a request to pay the sanction award in installments; the request was deficient and a discrepancy notice was issued.  However, the Court granted the request on February 25, 2011.

    Plaintiff now moves for a further order of contempt for Mr. Devlin's failure to pay the sanctions in accordance with the schedule set out in the February 25, 2011 order.  Plaintiff also seeks an additional sanction award to compensate it for attorney's fees it incurred to seek Mr. Devlin's compliance with the February 25 order.  Mr. Devlin appears to have unilaterally disobeyed the February 25 order – which adopted a payment schedule that Plaintiff himself proposed – and failed to seek relief therefrom.

    The Court hereby **ORDERS** Dan Devlin to appear in person to show cause why he should not be held in further contempt for disobeying the February 25, 2011 order, and why the additional sanction Plaintiff seeks should not be imposed.  The hearing shall be held on **Monday, April 4, 2011, at 10:00 a.m.**  Plaintiff's counsel is hereby permitted to appear telephonically, and thereby avoid additional fees.

    **IT IS SO ORDERED.**

                                                                                                                 : 

Initials of Preparer  AB